AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cowen, Robert E. | U.S. Court of Appeals 3rd Cir. | 07/29/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. Circuit Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2015 to 12/31/2015 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

402 E. State Street
Room 207
Trenton, NJ 08608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 07/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | State of New Jersey |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Assn. | March 27, 28, 2015 | New York, NY | Dinner | Dinner in Honor of the Federal Judiciary Meals, Hotel, Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 07/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Artio Intl. Equity FD (Mutual Fund) | A | Dividend | | | Sold | 11/19/15 | K | | |
| 2. Bristol Meyers Squibb (Common Stock) | A | Dividend | J | T | | | | | |
| 3. Chevron Texaco Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 4. Chevron Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 5. Cardinal Health Care (Common Stock) | A | Dividend | J | T | | | | | |
| 6. Chubb Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 7. Cisco Systems (Common Stock) | A | Dividend | K | T | | | | | |
| 8. Colgate Palmolive (Common Stock) | A | Dividend | J | T | | | | | |
| 9. Conoco Phillips (Common Stock) | A | Dividend | J | T | | | | | |
| 10. Conoco Phillips (Common Stock) | A | Dividend | J | T | Buy | 03/19/15 | J | | |
| 11. Deere & Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 12. Ell Intl. Property (Mutual Fund) | A | Dividend | J | T | | | | | |
| 13. EMC Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 14. Emerson Electric (Common Stock) | A | Dividend | J | T | | | | | |
| 15. ExxonMobil (Common Stock) | A | Dividend | K | T | | | | | |
| 16. FedEx Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 17. Goldman Sachs Gr. Op. Fd. (Mutual Fund) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. General Electric (Common Stock) | A | Dividend | K | T | | | | | |
| 19. General Mills | A | Dividend | J | T | | | | | |
| 20. Home Depot (Common Stock) | A | Dividend | J | T | | | | | |
| 21. VOYA | A | Dividend | K | T | | | | | |
| 22. Intel Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 23. Intl. Flavors & Fragrances (Common Stock) | A | Dividend | J | T | | | | | |
| 24. Lord Abbett Value Opp. FD | | None | K | T | | | | | |
| 25. Johnson & Johnson (Common Stock) | A | Dividend | K | T | | | | | |
| 26. JP Morgan Chase (Common Stock) | A | Dividend | K | T | | | | | |
| 27. Kellog (Common Stock) | A | Dividend | J | T | | | | | |
| 28. McDonalds Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 29. McKesson Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 30. Microsoft Corp. (Common Stock) | B | Dividend | K | T | | | | | |
| 31. Aberdeen Emerging 30 Mkts FD | A | Dividend | | | Sold | 11/19/15 | J | | |
| 32. Oakmark Intl. FD (Mutual Fund) | A | Dividend | K | T | | | | | |
| 33. Pimco Commodity Real FD | A | Dividend | J | T | | | | | |
| 34. Phillips 66 PSX (Common Stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PNC Financial Serv. Group | A | Dividend | J | T | | | | | |
| 36. Public Service Enterprise Group Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 37. Oppenheimer Developing Mrkts FD | | None | | | Sold | 11/24/15 | J | | |
| 38. Ridgeworth FD-Midcap | | None | K | T | | | | | |
| 39. Royce Value FD | A | Dividend | K | T | | | | | |
| 40. Merger FD SH BEN INT | A | Dividend | J | T | | | | | |
| 41. Target Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 42. Apple (Common Stock) | A | Dividend | J | T | | | | | |
| 43. Abbvie Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 44. United Technologies (Common Stock) | A | Dividend | J | T | | | | | |
| 45. Abbot Labs (Common Stock) | A | Dividend | J | T | | | | | |
| 46. AT & T (Common Stock) | A | Dividend | J | T | | | | | |
| 47. Viacom Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 48. Wells Fargo Adv. Emerging FD | A | Dividend | K | T | | | | | |
| 49. Wells Fargo Adv. Asset All. FD | A | Dividend | J | T | | | | | |
| 50. Eaton-Vance Global Macro | A | Dividend | | | Sold | 11/19/15 | J | | |
| 51. Eaton-Vance Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaton-Vance Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |
| 53. IShares ETF S & P Small Capp 600 Growth | A | Dividend | J | T | | | | | |
| 54. IShares EFT S & P Small Cap 600 Value | A | Dividend | J | T | | | | | |
| 55. IShares EFT S & P Mid-Cap 400 Value | A | Dividend | J | T | | | | | |
| 56. IShares EFT S & P Mid-Cap 400 Growth | A | Dividend | J | T | | | | | |
| 57. IShares EFT S & P 500 Value | A | Dividend | J | T | | | | | |
| 58. IShares EFT S & P 500 Growth | A | Dividend | J | T | | | | | |
| 59. IShares ETF Int'l Select | A | Dividend | J | T | Buy | 03/19/15 | J | | |
| 60. PowerShares DB ETF Commodity Index | | None | J | T | | | | | |
| 61. Vanguard Intl. Equity ETF | A | Dividend | J | T | | | | | |
| 62. Vanguard REIT ETF | A | Dividend | J | T | | | | | |
| 63. Vanguard Global Real Estate | A | Dividend | J | T | Buy | 08/20/15 | J | | |
| 64. Vanguard FTSE Developed Mkts ETF | A | Dividend | J | T | | | | | |
| 65. Merrill-Lynch Capital Trust (Preferred Stock) | A | Interest | J | T | | | | | |
| 66. N.J. Healthcare Fac. 7-01-19 | A | Interest | J | T | | | | | |
| 67. N.J. Educational Fac. 7-01-34 | A | Interest | K | T | | | | | |
| 68. Orlando, FL Cap. Impt. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VOYA | A | Dividend | J | T | | | | | |
| 70. Lord Abbett Trst Growth | A | Dividend | K | T | Buy | 09/11/15 | K | | |
| 71. N.J. State Higher Ed. 6-01-30 | A | Interest | J | T | | | | | |
| 72. Antelope Valley | A | Interest | J | T | | | | | |
| 73. Antelope Valley | A | Interest | J | T | | | | | |
| 74. Clark City, NE School Dist. | A | Interest | J | T | | | | | |
| 75. Lancaster, CA School District | A | Interest | J | T | | | | | |
| 76. Cumberland Cty Gen. Impt G/O | A | Interest | J | T | | | | | |
| 77. Oregon St. Dept. Admin. | A | Interest | J | T | | | | | |
| 78. Passaic Cty N.J. College 11-01-19 | A | Interest | J | T | | | | | |
| 79. Riverside Cty, CA | B | Interest | K | T | Buy | 09/11/15 | K | | |
| 80. Mass. Hsg Fin Agy | A | Interest | J | T | | | | | |
| 81. Cleveland, OH Airport | A | Interest | K | T | | | | | |
| 82. San Francisco Comm.College | A | Interest | K | T | Buy | 09/23/15 | K | | |
| 83. Essex Cty Impt Auth | A | Interest | J | T | | | | | |
| 84. Turlock, CA Uni Sch. Dist. | A | Interest | K | T | Buy | 09/23/15 | K | | |
| 85. King Cnty Washington Sewer Rev | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Hawaii St. Hsg. Fin. & Dev. | A | Interest | J | T | | | | | |
| 87. Hayward, CA Uni School Dist. | B | Interest | K | T | Buy | 09/11/15 | K | | |
| 88. Mainstay Cushing Royalty | | None | J | T | | | | | |
| 89. Oppenheimer Equity Income FD | A | Dividend | K | T | | | | | |
| 90. Oppenheimer Steelpath Alpha | A | Dividend | | | Sold | 03/19/15 | J | | |
| 91. Wells Fargo Municipal Bond Fund CL B | A | Interest | J | T | | | | | |
| 92. Wells Fargo Municipal Bond CL A | A | Interest | J | T | | | | | |
| 93. Wells Fargo Muni Bond CL C | A | Interest | J | T | | | | | |
| 94. America Funds Tax Exempt Bond Fd. CL C | A | Interest | K | T | | | | | |
| 95. Delaware Small Cap Core FD | | None | K | T | | | | | |
| 96. New World Fund CLC | | None | K | T | | | | | |
| 97. Columbia Emerging Market Bond FD CLC | A | Dividend | J | T | | | | | |
| 98. Monroe Twp., NJ RFDG GO | A | Interest | J | T | | | | | |
| 99. Certificate of Deposit- Hudson City Savings Bank | A | Interest | | | Redeemed | 03/26/15 | J | | |
| 100. Certificate of Deposit - Hudson City Savings Bank | A | Interest | | | Redeemed | 03/26/15 | J | | |
| 101. Certificate of Deposit - Hudson City Savings Bank | A | Interest | | | Redeemed | 03/26/15 | J | | |
| 102. Treasury Notes - Various Maturities | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  IRA #1 | A | Int./Div. | K | T | | | | | |
| 104.  - Investco Global Real Estate FD | A | Dividend | J | T | | | | | |
| 105.  - Blair Williams FDs International Growth | A | Dividend | J | T | | | | | |
| 106.  America FDS WMFFX | A | Dividend | J | T | Buy | 03/17/15 | J | | |
| 107.  - Delaware Group Equity FDs | A | Dividend | J | T | | | | | |
| 108.  Deutsche Sec. Tr. | A | Dividend | J | T | Buy | 02/16/15 | J | | |
| 109.  - Lazard FDs Emerging Mkts | A | Dividend | J | T | | | | | |
| 110.  Morgan Stanley Instl. FD | A | Dividend | | | Sold | 03/13/15 | J | | |
| 111.  Mainstay Large Cap Growth | | None | J | T | | | | | |
| 112.  - Dreyfus Appreciation FD | A | Dividend | | | Sold | 03/13/15 | J | | |
| 113.  - First Eagle Sogen Overseas FD | A | Dividend | J | T | | | | | |
| 114.  - Harbor International | A | Int./Div. | J | T | | | | | |
| 115.  - Eagle Small Gap Growth FD | A | Dividend | J | T | | | | | |
| 116.  - Hotchkiss & Wiley Mid-Cap Val. 1 | A | Dividend | J | T | | | | | |
| 117.  - John Hancock Classic Value FD | A | Dividend | J | T | | | | | |
| 118.  - Pimco Comm. Real Ret. Inst. | A | Dividend | | | Sold | 12/15/15 | J | | |
| 119.  - Oppenheimer Dev. Mkts | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - NBW Guggenheim Mutal FD (New Name) | A | Dividend | | | Sold | 03/13/15 | J | | |
| 121.  - Victory Portfolios | A | Dividend | J | T | | | | | |
| 122.  - Wells Fargo FDS TR Mutual Fund | | None | J | T | | | | | |
| 123.  - Cambiar Opportinity FD | A | Dividend | J | T | | | | | |
| 124.  - Goldman Sacks Treas. Instr. | | None | J | T | | | | | |
| 125.  - AMG FD Times Square Mid Cap (name change) | | None | J | T | | | | | |
| 126.  - Keeley FDs Small Cap | A | Dividend | | | Sold | 08/13/15 | J | | |
| 127.  Voya Large Cap Growth FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 07/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Response to Inquiry No. 1 of letter dated July 25, 2016, from the Committee on Financial Disclosure:

Dear Judge Fenner:

In response to your letter dated July 25 2016, regarding my Financial Disclosure Report filed May 3, 2016, I provide the following explanations:

With regard to Part VII, former line 50, "Trust 1", after consulting with Amy from your office, I have deleted that entry. This is in accordance with the last bulleted item on page 33 of the "Filing Instructions for Judicial Officers and Employees." This Trust is in the "sole financial responsibility of my spouse . . . ; and is not derived from the assets, income or activities of the reporting person." As the reporting person, I do not derive or expect any benefit from this Trust and have no knowledge with regard to the Trust. Also, please refer to the letter dated September 29, 1989, from Chairman Pratt.

Robert E. Cowen
United States Circuit Judge

Response to Inquiry No. 2 of letter dated July 25, 2016, from the Committee on Financial Disclosure:

With regard to Part VII, former line 109, I have corrected and added the missing information for Deutsche Sec. Tr. Because of the change made above, that entry is now located at line 108.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert E. Cowen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544